# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

MICHELLE R. DYER, on behalf of All
Beneficiaries,

          *Plaintiff*

          v.

CROWLEY LOGISTICS, INC.; CROWLEY
LINER SERVICES, INC.; MAG
TRANSPORTATION LLC; WBTL LLC;
and KEVIN E. DIXON;

          *Defendants.*

Civil Action No. 22-3246

(Removal from: The Twenty-Fifth
Judicial Circuit Court, Pulaski County,
Missouri)

## ENTRY OF APPEARANCE

Timothy B. Niedbalski of the law firm Sandberg Phoenix & von Gontard P.C. enters his

appearance on behalf of defendant Crowley Logistics, Inc.

SANDBERG PHOENIX & von GONTARD P.C.

By:  */s/Timothy B. Niedbalski*
      Timothy B. Niedbalski, # 59968
      600 Washington Avenue - 15th Floor
      St. Louis, MO  63101-1313
      314-231-3332
      314-241-7604 (Fax)
      tniedbalski@sandbergphoenix.com

      Attorneys for Defendant

20216484.1

## Certificate of Service

I hereby certify that on this 22nd day of September 2022 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record.

*/s/Timothy B. Niedbalski*

20216484.1